RECEIVED
IN LAKE CHARLES, LA.

JAN -9 2013

TONY R. MOORE, CLERK
BY_____
             DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| CHERYL ANN KNIGHT, | § |
| Plaintiff, | § |
| v. | §  CIVIL ACTION NO 2:11-CV-2124 |
| BOYD RACING L.L.C. d/b/a DELTA DOWNS RACETRACK CASINO AND HOTEL, | § |
| Defendant | § |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' Stipulation of Dismissal, the Court:

**GRANTS** the stipulation and dismisses the case with prejudice.

SIGNED on the ___7___ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE


APPROVED AND ENTRY REQUESTED:

McPHERSON, HUGHES, BRADLEY, WIMBERLEY, STEELE & CHATELAIN
3120 Central Mall Drive
Port Arthur, TX 77642
Telephone: (409) 724-6644
Facsimile: (409) 724-7585

/s/ Gordon D. Friesz
GORDON D. FRIESZ
Texas Bar No. 24043664

LAW OFFICES OF JAMES B. DOYLE, LLC
501 Broad Street
Post Office Box 2142
Lake Charles, LA 70601
Telephone: (337) 433-5999
Facsimile: (337) 433-5990

/s/ James B. Doyle
JAMES B. DOYLE
Louisiana Bar No. 5061
Texas Bar No. 06092500